IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIE J. TERRELL,

    Plaintiff,

v.                                    CIVIL ACTION NO.: CV512-028

BRIAN OWENS; SAMUEL S. OLENS;
Lt. ADAMS; CO II KIRKLAND;
Sgt. TURNER; LAWRENCE TINDALL;
A. PINEIRO; SHANTON JACKSON;
ANDREW WELLS; A. MOORE;
ARTIS SINGLETON; Lt. COLLIER;
MADDIE KITCHENS; Lt. REYNOLDS;
MYRON FREEMAN; and
CO II SHATTUCKER,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. Plaintiff's Motion to Consolidate is **DISMISSED** as moot. Plaintiff's Complaint is **DISMISSED**, without prejudice. If Plaintiff wishes to proceed with this action, he may resubmit his complaint along with the full filing fee. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 17 day of July, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)